**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| TARA STRAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 0:13-cv-00076-RHK-LIB |
| | ) |
| DIVERSIFIED CONSULTANTS, INC. | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Diversified Consultants, Inc., pursuant to Fed. R. Civ. P. 7.1, submits the following disclosure statement: Diversified Consultants, Inc. has no parent company. No publicly-traded corporation owns 10% or more of Defendant's stock.

Dated:  March 5, 2013          MOSS & BARNETT
                                A Professional Association

                                s/ Michael S. Poncin
                                Michael S. Poncin (Minn. Bar #296417)
                                James R. Bedell (Minn. Bar #351544)
                                4800 Wells Fargo Center
                                90 South Seventh Street
                                Minneapolis, Minnesota 55402
                                (612) 877-5000
                                Fax:  (612) 877-5999
                                poncinm@moss-barnett.com
                                bedellj@moss-barnett.com

                                *Attorneys for Defendant*

OM 221180.1

2294634v1